IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:

KIMBERLY K. ACKERMAN,　　　　　　　　　Case No. 09-62914
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor(s).

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. Listed below are the names, addresses and amounts due those creditors to who distribution of less than five dollars would have been made if ordered by the Court.

    Spirit of America National Bank/Catherines
    First Express
    PO Box 856044
    Louisville, KY 40285-6044
    Amount Due: $4.00

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: May 11, 2010　　　　　　　　　　　By: /s/ Andrew S. Goldstein


Andrew S. Goldstein (VSB #28421)
Magee, Foster, Goldstein & Sayers, PC
P.O. Box 404
Roanoke, VA 24003-0404
(540) 343-9800
(540) 343-9898 (Facsimile)
*Chapter 7 Trustee*